UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. |
| v. | § § | 19 CR 254 |
| AFZAL ARSALAN REHMAN | § | |

**CRIMINAL INDICTMENT**

THE GRAND JURY CHARGES THAT:

United States Courts
Southern District of Texas
FILED
APR 10 2019
David J. Bradley, Clerk of Court

## COUNT ONE
### (Stalking)

On or about October 1, 2015 through May 31, 2018, in the Southern District of Texas and elsewhere,

**AFZAL ARSALAN REHMAN,**

the defendant, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, did use the mail, an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to an intimate partner of that person, to wit: REHMAN used interstate facilities, namely the mail and the Internet, to disseminate harassing and threatening messages/images regarding Victim-1, causing substantial emotional distress to Victim-1.

All in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

GRAND JURY FOREPERSON

RYAN K. PATRICK
United States Attorney

By:

Sherri L. Zack
Assistant United States Attorney
713-567-9374